1  DANIEL R. MCNUTT (SBN 7815)
   MATTHEW C. WOLF (SBN 10801)
2  CARBAJAL & MCNUTT, LLP
   625 South Eighth Street
3  Las Vegas, Nevada 89101
   Tel.: (702) 384-1170 / Fax (702) 384-5529
4  drm@cmlawnv.com
   mcw@cmlawnv.com
5
   *Attorneys for Noridian Healthcare Solutions, LLC*
6
   **UNITED STATES DISTRICT COURT**
7
   **DISTRICT OF NEVADA**
8

| | |
|---|---|
| ROBERT H. ODELL JR., M.D., PH.D., ROBERT ODELL M.D. PH.D. MEDICAL ENTERPRISES, a Nevada Corporation, and JOHN DOE, an individual Sui Juris, <br><br> Plaintiffs, <br><br> vs. <br><br> SYLVIA MATHEWS BURWELL, in her official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES (HHS); NORIDIAN HEALTHCARE SOLUTIONS, L.L.C., <br><br> Defendants. | Case No. 2:15-cv-01793-RFB-GWF <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR NORIDIAN HEALTHCARE SOLUTIONS, LLC TO ANSWER OR OTHERWISE APPEAR** |

Defendant Noridian Healthcare Solutions, LLC ("Noridian"), through the law firm Carbajal & McNutt, and Plaintiffs Robert H. Odell Jr., M.D., Ph.D., Robert Odell M.D. Ph.D. Medical Enterprises, and John Doe ("Plaintiffs") ("Plaintiffs" and "Noridian" are collectively the "Parties"), through the Rourke Law Firm and the Law Office of George K. Brew, hereby stipulate and agree as follows:

   1. The deadline for Noridian to answer or otherwise appear shall be extended to **January 11, 2016**.

So Stipulated December 8, 2015.                    So Stipulated December 8, 2015.

BY: /s/ Matt Wolf                                  BY: /s/ Robert D. Rourke
DANIEL R. MCNUTT (SBN 7815)                        ROBERT D. ROURKE (SBN 5757)
MATTHEW C. WOLF (SBN 10801)                        ROURKE LAW FIRM

| | |
|---|---|
| CARBAJAL & MCNUTT, LLP<br>625 South Eighth Street<br>Las Vegas, Nevada 89101<br>Tel.: (702) 384-1170 / Fax (702) 384-5529<br>drm@cmlawnv.com<br>mcw@cmlawnv.com<br><br>*Attorneys for Noridian Healthcare Solutions, LLC* | 10161 Park Run Dr., Suite 150<br>Las Vegas, NV 89145<br>Tel.: (702) 515-7440 / Fax (702) 515-7441<br>rourkelaw@embarqmail.com<br><br>GEORGE K. BREW*<br>LAW OFFICE OF GEORGE K. BREW<br>6817 Southpoint Parkway, Suite 1804<br>Jacksonville, FL 32216<br>Tel.: (904) 354-4741<br>*Admitted Pro Hac Vice<br><br>Attorneys for *Plaintiffs* |

**IT IS SO ORDERED**.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

Dated: December 9, 2015