DANIEL R. MCNUTT (SBN 7815)
MATTHEW C. WOLF (SBN 10801)
CARBAJAL & MCNUTT, LLP
625 South Eighth Street
Las Vegas, Nevada 89101
Tel.: (702) 384-1170 / Fax (702) 384-5529
drm@cmlawnv.com
mcw@cmlawnv.com

*Attorneys for Noridian Healthcare Solutions, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT H. ODELL JR., M.D., PH.D., ROBERT ODELL M.D. PH.D. MEDICAL ENTERPRISES, a Nevada Corporation, and JOHN DOE, an individual Sui Juris,<br><br>    Plaintiffs,<br><br>vs.<br><br>SYLVIA MATHEWS BURWELL, in her official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES (HHS); NORIDIAN HEALTHCARE SOLUTIONS, L.L.C.,<br><br>    Defendants. | Case No. 2:15-cv-01793-RFB-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR NORIDIAN HEALTHCARE SOLUTIONS, LLC TO ANSWER OR OTHERWISE APPEAR**<br><br>**Second Request** |

Defendant Noridian Healthcare Solutions, LLC ("Noridian"), through the law firm Carbajal & McNutt, and Plaintiffs Robert H. Odell Jr., M.D., Ph.D., Robert Odell M.D. Ph.D. Medical Enterprises, and John Doe ("Plaintiffs") ("Plaintiffs" and "Noridian" are collectively the "Parties"), through the Rourke Law Firm and the Law Office of George K. Brew, hereby stipulate and agree as follows:

///

1. The deadline for Noridian to answer or otherwise appear shall be extended to **January 25, 2016**.

| | |
|---|---|
| So Stipulated January 8, 2016. | So Stipulated January 8, 2016. |
| */s/ Matt Wolf* | */s/ George Brew* |
| DANIEL R. MCNUTT (SBN 7815)<br>MATTHEW C. WOLF (SBN 10801)<br>CARBAJAL & MCNUTT, LLP<br>625 South Eighth Street<br>Las Vegas, Nevada 89101<br>Tel.: (702) 384-1170 / Fax (702) 384-5529<br>drm@cmlawnv.com<br>mcw@cmlawnv.com | ROBERT D. ROURKE (SBN 5757)<br>ROURKE LAW FIRM<br>10161 Park Run Dr., Suite 150<br>Las Vegas, NV 89145<br>Tel.: (702) 515-7440 / Fax (702) 515-7441<br>rourkelaw@embarqmail.com |
| *Attorneys for Noridian Healthcare Solutions, LLC* | GEORGE K. BREW*<br>LAW OFFICE OF GEORGE K. BREW<br>6817 Southpoint Parkway, Suite 1804<br>Jacksonville, FL 32216<br>Tel.: (904) 354-4741<br>*Admitted Pro Hac Vice<br><br>Attorneys for *Plaintiffs* |

**IT IS SO ORDERED**.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge
Dated: January 11, 2016