DANIEL G. BOGDEN
United States Attorney
District of Nevada
ROGER W. WENTHE
Assistant United States Attorney
Nevada Bar No. 8920
United States Attorney's Office
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone:  702-388-6336
Facsimile:  702-388-6787
Email: *roger.wenthe@usdoj.gov*
Attorneys for the United States.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT H. ODELL, JR., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 2:15-cv-1793-RFB-GWF |
| | ) |
| SYLVIA M. BURWELL, SECRETARY OF HEALTH AND HUMAN SERVICES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**UNCONTESTED MOTION FOR EXENSION OF TIME TO FILE MOTION
AND PROPOSED BRIEFING SCHEDULE
(First Request)**

Defendants Sylvia M. Burwell, Secretary of Health and Human Services, (the "Secretary") and U.S. Department of Health and Human Services, by and through undersigned counsel, respectfully move pursuant to Fed. R. Civ. P. 6(b)(1), for an enlargement of time, up to and including February 19, 2016, to answer or otherwise respond to Plaintiffs' Complaint.  Plaintiffs, through counsel, consent to the extension.  The Parties further stipulate and propose the following briefing schedule:

Defendants' Response to Plaintiffs' Complaint due February 19, 2016.

Plaintiffs' Opposition to all motions to dismiss due March 11, 2016.

Defendants' Reply to Plaintiffs' Opposition due March 25, 2016.

1. This request is made in good faith and not for purposes of delay.

2. The Secretary has not previously requested or been given an extension of time to respond to Plaintiffs' Complaint.

3. There are no other previously scheduled deadlines in this case.

Dated: January 28, 2016

                                              DANIEL G. BOGDEN
                                              United States Attorney

                                              */s/ Roger W. Wenthe*
                                              ROGER W. WENTHE
                                              Assistant United States Attorney

                                              IT IS SO ORDERED:

                                              GEORGE FOLEY, JR.
                                              United States Magistrate Judge

                                              Dated:   January 29, 2016

**CERTIFICATE OF SERVICE**

The undersigned certifies that the following were served with a copy of the foregoing document on the date and by the method of service identified below:

CM/ECF

All counsel of record

Dated: January 28, 2016

                                                  */s/ Roger W. Wenthe*
                                                  ROGER W. WENTHE
                                                  Assistant United States Attorney