DANIEL G. BOGDEN
United States Attorney
District of Nevada
ROGER W. WENTHE
Nevada Bar No. 8920
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: roger.wenthe@usdoj.gov
         troy.flake@usdoj.gov

Attorneys for the United States.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT H. ODELL, JR., *et al.*, | ) |
| Plaintiffs, | ) Case No. 2:15-cv-01793-RFB-GWF |
| v. | ) |
| SYLVIA M. BURWELL, SECRETARY OF HEALTH AND HUMAN SERVICES, *et al.*, | ) |
| Defendants. | ) |

**MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorney Brett Bierer practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States.

Rule IA 10-3 provides:

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of

Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or one of the assistants, be permitted to practice before this court during the period of such employment.

Mr. Bierer is an attorney with the United States Department of Health and Human Services, Office of General Counsel, an agency of the federal government, and is a member in good standing of the Maryland bar.

The following information is provided to the Court:

Brett Bierer
Attorney
Office of the General Counsel--CMS Division
U.S. Department of Health & Human Services
Mailstop C2-05-23
7500 Security Boulevard
Baltimore, Maryland 21244-1850
Tel: 410-786-1473
Fax: 410-786-5187
Email:  Brett.Bierer@hhs.gov

Accordingly, the United States respectfully requests that the Court admit Brett Bierer to practice in the District of Nevada for the duration of employment by the United States.

Respectfully submitted this 4th day of August 2016.

                DANIEL G. BOGDEN
                United States Attorney

                */s/ Roger W. Wenthe*
                ROGER W. WENTHE
                Assistant United States Attorney

IT IS SO ORDERED:

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: August 4, 2016

**PROOF OF SERVICE**

The undersigned certifies that the following individuals were served with copies of the foregoing document, on the date shown, by the below identified method of service:

CM/ECF:

All counsel of record

Dated: August 4, 2016

                                            */s/ Roger W. Wenthe*
                                            ROGER W. WENTHE
                                            Assistant United States Attorney