UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

ROBERT H. ODELL JR., M.D., PH.D.,
ROBERT ODELL M.D. PH.D. MEDICAL ENTERPRISES,
A Nevada Corporation
And
Ken Baker, an individual Sui Juris,

                          Plaintiff(s),

-vs-

SYLVIA MATHEWS BURWELL,
In her Official Capacity as
Secretary of Health and human Services;
UNITED STATES DEPARTMENT OD HUMAN SERVICES (HHS);
NORIDIAN HEALTHCARE SOLUTIONS, L.L.C,

                          Defendant(s).

CASE NO. 2:15-cv-1793-RFB-GWF

## UNCONTESTED MOTION FOR EXTENSION OF TIME
### (First Request)

Plaintiffs Robert H. Odell Jr., M.D., Ph.D. and Robert Odell M.D. Ph.D. ("Plaintiffs Odell"), and Ken Baker, by and through their undersigned counsel, respectfully move pursuant to Fed. R. Civ. P. 6(b)(1), for an enlargement of time, up to and including September 10, 2016, to amend Plaintiff's Complaint. The Amended Complaint is currently required to be filed thirty (30) days from August 4, 2016. There is currently forecasted to be tropical storm weather in the Jacksonville, Florida area on September 1st and 2nd, 2016 resulting in a closure of the counsel's office. The undersigned counsel is authorized to state that Defense counsel consents to the request. Wherefore, Plaintiff's respectfully request an extension to file the Amended Complaint through Sept 10, 2016.

Dated August 31, 2016

GEORGE K. BREW

/s/ George K. Brew

6817 Southpoint Parkway
Suite 1804
Jacksonville, Florida 32216

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 1st day of September, 2016.

## CERTIFICATE OF SERVICE

The undersigned certifies that the following were served a copy of the foregoing document on the date and by the method of service identified below:

CMF/ECF

All counsel of record

Dated: August 31, 2016