UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT H. ODELL, JR., et al., | Case No.: 2:15-cv-1793-RFB-GWF |
| Plaintiff, | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL** |
| vs. | |
| SYLVIA M. BURWELL, SECRETARY OF HEALTH AND HUMAN SERVICES, et al., | |
| Defendant | |

Plaintiffs', through their undersigned counsel, hereby move for leave to file exhibits under seal pursuant to Local Civil Rule 10-5(b). The Court should grant this unopposed motion because the exhibits Plaintiffs intend to file for consideration by the court and in support of Plaintiffs' amended complaint contain a large amount of sensitive personal information about individuals that are not party to this action. Plaintiffs wish to supply the specific claim information relevant to the amended verified complaint to assist the parties and the Court. This information, including decisions, contains sensitive identifiable information of the beneficiaries involved all of whom with the exception of Kenneth L. Baker are not party to this law suit.

In this case, the public interest in access to judicial records is significantly outweighed by the privacy interest of the individuals identified in the claims at issue. *Freedman v. Sebelius* 672 F. Supp. 2d 54 (Dist. DDC 2009).

## CONSENT

Counsel for the Defendant has indicated that he does not oppose the granting of this motion.

WHEREFORE Plaintiffs respectfully request the Court grant leave to file under seal exhibits setting forth the outstanding claims and denials by Defendants as referenced in the verified complaint.

Dated this 7th of September, 2016

LAW OFFICE OF GEORGE K. BREW

/s/ George K. Brew

GEORGE K. BREW, ESQUIRE
Florida Bar No.: 854379
6817 Southpoint Parkway, Suite 1804
Jacksonville, Florida 32216
Telephone: (904)354-4741
Facsimile: (904) 854-6057

ROURKE LAW FIRM
ROBERT D. ROURKE, ESQUIRE
10161 Park Rim Drive Suite 150
Las Vegas, NV 89145
702-515-7440
Fax 702-515-7441

IT IS SO ORDERED:

_/s/ George Foley Jr._
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

Dated: September 13, 2016