DANIEL G. BOGDEN
United States Attorney
District of Nevada
ROGER W. WENTHE
Assistant United States Attorney
Nevada Bar No. 8920
United States Attorney's Office
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone:  702-388-6336
Facsimile:  702-388-6787
Email: *roger.wenthe@usdoj.gov*
Attorneys for the United States.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT H. ODELL, JR., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:15-cv-1793-RFB-GWF |
| ) | |
| SYLVIA M. BURWELL, SECRETARY OF ) | |
| HEALTH AND HUMAN SERVICES, *et al*., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

### STIPULATION FOR EXENSION OF TIME TO RESPOND TO AMENDED VERIFIED COMPLAINT
### (First Request)

Defendants Sylvia M. Burwell, Secretary of Health and Human Services, (the "Secretary") and U.S. Department of Health and Human Services, by and through undersigned counsel, respectfully move pursuant to Fed. R. Civ. P. 6(b)(1), for an enlargement of time, up to and including October 21, 2016, to answer or otherwise respond to Plaintiffs' Amended Verified Complaint.  Plaintiffs, through counsel, consent to the extension.

1. Plaintiffs filed an Amended Verified Complaint, with numerous exhibits, on September 9, 2016.

2. Defendants' response would be due on September 23, 2016.

3. Defendants seek additional time to review plaintiffs' claims and respond to the Amended Verified Complaint.

4. This request is made in good faith and not for purposes of delay.

5. The Secretary has not previously requested or been given an extension of time to respond to Plaintiffs' Amended Verified Complaint.

6. There are no other previously scheduled deadlines in this case.

Dated: September 23, 2016

                                        DANIEL G. BOGDEN
                                      United States Attorney

                                      /s/ Roger W. Wenthe
                                      ROGER W. WENTHE
                                      Assistant United States Attorney

                              IT IS SO ORDERED:


                                      /s/ George Foley, Jr.
                              UNITED STATES MAGISTRATE JUDGE

                              DATED: 09/23/2016


The Court treats this as an unopposed motion for extension of time, rather than a stipulation because it is not signed by Plaintiff's counsel.

2