UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

ROBERT H. ODELL JR., M.D., PH.D.,
ROBERT ODELL M.D. PH.D. MEDICAL ENTERPRISES,
A Nevada Corporation
And
Ken Baker, an individual Sui Juris,

Plaintiff(s),

-vs-

SYLVIA MATHEWS BURWELL,
In her Official Capacity as
Secretary of Health and human Services;
UNITED STATES DEPARTMENT OD HUMAN
SERVICES (HHS);
NORIDIAN HEALTHCARE SOLUTIONS, L.L.C,

Defendant(s).

CASE NO. 2:15-cv-1793-RFB-GWF

## UNCONTESTED MOTION FOR EXTENSION OF TIME

Plaintiffs Robert H. Odell Jr., M.D., Ph.D. and Robert Odell M.D. Ph.D. ("Plaintiffs Odell"), and Ken Baker, by and through their undersigned counsel, respectfully move pursuant to Fed. R. Civ. P. 6(b)(1), for an enlargement of time, up to and including November 30, 2016, to file a Memorandum in response to Defendant's Motion to Dismiss Amended Verified Complaint. The Memorandum is currently required to be filed ten (10) days from October 21, 2016. Counsel requires an additional nineteen (19) days to complete their response. The undersigned counsel is authorized to state that Defense counsel consents to the request. Wherefore, Plaintiff's respectfully request an extension to file the Memorandum through November 30, 2016.

Dated October 28, 2016

GEORGE K. BREW

/s/ George K. Brew

6817 Southpoint Parkway
Suite 1804
Jacksonville, Florida 32216

IT IS SO ORDERED:

RICHARD F. BOULWARE, II
United States District Judge
DATED this 7th day of November, 2016.

## CERTIFICATE OF SERVICE

The undersigned certifies that the following were served a copy of the foregoing document on the date and by the method of service identified below:

CMF/ECF

All counsel of record

Dated: October 28, 2016