DANIEL G. BOGDEN
United States Attorney
District of Nevada
ROGER W. WENTHE
Assistant United States Attorney
Nevada Bar No. 8920
United States Attorney's Office
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone:  702-388-6336
Facsimile:  702-388-6787
Email: *roger.wenthe@usdoj.gov*
Attorneys for the United States.

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT H. ODELL, JR., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SYLVIA M. BURWELL, SECRETARY OF ) <br> HEALTH AND HUMAN SERVICES, *et al.*, ) <br> ) <br> Defendants. ) <br> _____) | Case No. 2:15-cv-1793-RFB-GWF |

### JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION AND PROPOSED BRIEFING SCHEDULE
### (First Request)

Defendants Sylvia M. Burwell, Secretary of Health and Human Services, and U.S. Department of Health and Human Services, and plaintiffs, by and through undersigned counsel, respectfully move pursuant to Fed. R. Civ. P. 6(b)(1), for enlargement of time to file opposition and reply motions and to set a proposed briefing schedule.  The Parties stipulate and propose the following schedule:

Plaintiffs' Opposition to Defendant's Motion to Dismiss due November 30, 2016.

Defendants' Reply to Plaintiffs' Opposition due December 22, 2016.

1. This request is made in good faith and not for purposes of delay.

2. On October 21, 2016, Defendants filed a motion to dismiss plaintiffs' Amended Verified Complaint.

3. Plaintiffs have requested an extension of their current deadline to respond to Defendants' motion to dismiss, which has not been ruled upon. This motion incorporates plaintiffs' extension request and the requested deadline.

4. The Secretary has not previously requested or been given an extension of time to reply to Plaintiffs' anticipated opposition.

5. There are no other previously scheduled deadlines in this case.

Dated: November 4, 2016

DANIEL G. BOGDEN
United States Attorney

 /s/ Roger W. Wenthe
ROGER W. WENTHE
Assistant United States Attorney


/s/ George K. Brew
GEORGE K BREW
Florida Bar No. 854379
6817 Southpoint Parkway, Suite 1804
Jacksonville, FL 32216
(904) 354-4741

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 7th day of November, 2016.

## CERTIFICATE OF SERVICE

The undersigned certifies that the following were served with a copy of the foregoing document on the date and by the method of service identified below:

CM/ECF

All counsel of record

Dated: November 4, 2016

                                          */s/ Roger W. Wenthe*
                                          ROGER W. WENTHE
                                          Assistant United States Attorney