DAYLE ELIESON
United States Attorney
District of Nevada
ROGER W. WENTHE
Assistant United States Attorney
Nevada Bar No. 8920
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *roger.wenthe@usdoj.gov*
Attorneys for the United States.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT H. ODELL, JR., *et al.*, | )<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 2:15-cv-1793-RFB-GWF<br>) |
| ERIC D. HARGAN, ACTING SECRETARY OF<br>HEALTH AND HUMAN SERVICES, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

**STIPULATION FOR EXENSION OF TIME TO FILE MOTION
AND PROPOSED BRIEFING SCHEDULE
(Third Request)**

Defendants Eric D. Hargan, Acting Secretary of Health and Human Services, (the "Secretary") and U.S. Department of Health and Human Services ("HHS"), by and through undersigned counsel, respectfully move pursuant to Fed. R. Civ. P. 6(b)(1), for a revised briefing schedule and an enlargement of time, up to and including February 16, 2018, to file dispositive motions. Plaintiffs, through counsel, consent to this request. Defendants make this request for the following reasons:

1. On August 18, 2017, the Court entered a scheduling order directing that discovery close on November 20, 2017, and dispositive motions be filed by December 8, 2017. ECF 88.

2. The disruption caused by Hurricane Irma resulted in the parties filing a joint motion to extend the deadlines, ECF 90, which the Court granted. ECF 95.

3. Plaintiffs' counsel had a health emergency that required a second joint request for an extension of the discovery period and scheduling order, ECF 98, which the Court has not ruled upon.

4. The parties completed discovery on January 5, 2018. On that date, Plaintiffs deposed three HHS witnesses from the Centers for Medicare & Medicaid Services. Defendants did not waive reading and signing of those depositions and the depositions have not been transcribed as of the filing of this motion.

5. Defendants seek to review the deposition transcripts for possible citation in Defendants' dispositive motion.

6. The current scheduling order requires filing dispositive motions by January 26, 2018.

7. The current scheduling order provides insufficient time to adequately prepare dispositive motions, including the possible inclusion of citation to the deposition transcripts in any motions.

8. Defendants respectfully request that the Court grant their request to extend all deadlines as jointly proposed in the December 12, 2017 Joint Request. ECF 98.

9. The Parties stipulate and propose the following briefing schedule:

    Dispositive Motions due February 16, 2018.

    Responses due March 9, 2018.

    Replies due March 30, 2018.

10. This request is made in good faith and not for purposes of delay.

11. There are no other previously other previously scheduled deadlines in this case.

| 1 | IT IS SO ORDERED: |
| 2 | IT IS FURTHER ORDERED that [98]Joint MOTION to Extend Time (Second Request) re Scheduling Deadlines is denied as moot. |
| 3 | |
| 4 | |
| 5 |  |
| 6 | _____ |
|   | RICHARD F. BOULWARE, II |
|   | United States District Judge |
| 7 | |
| 8 | DATED: January 22, 2018 |
| 9 | |
| 10 | Dated: January 19, 2018 |
| 11 | DAYLE ELIESON |
|    | United States Attorney |
| 12 | |
| 13 | /s/ Roger W. Wenthe |
|    | ROGER W. WENTHE |
|    | Assistant United States Attorney |

3

# CERTIFICATE OF SERVICE

The undersigned certifies that the following were served with a copy of the foregoing document on the date and by the method of service identified below:

CM/ECF

All counsel of record

Dated: January 19, 2018

<i>/s/ Roger W. Wenthe</i><br>
ROGER W. WENTHE<br>
Assistant United States Attorney