GEORGE K. BREW, ESQ.
**LAW OFFICE OF GEORGE K. BREW**
Florida Bar No. 854379
6817 Southpoint Parkway, Suite 1804
Jacksonville, Florida 32216
Telephone: (904) 354-4741
Facsimile: (904) 854-6057
Email: george.brew@brewlawfirm.com
*Attorney for Robert H. Odell, Jr.,*
*M.D., PH.D and Robert Odell,*
*M.D., PH.D. Medical Enterprises,*
*A Nevada Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **ROBERT H. ODELL, JR., et al.,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 2:15-cv-1793-RFB-GWF |
| **THOMAS E. PRICE, M.D., SECRETARY OF HEALTH AND HUMAN SERVICES, et al.,** | ) **JOINT REQUEST FOR EXTENSION OF SCHEDULING DEADLINES** |
| **Defendants.** | ) |

The Parties, through their undersigned counsel, respectfully request the Court extend the discovery Motion and briefing deadlines set forth in the Court's Order dated November 14, 2017 and would state in support thereof as follows:

1. Pursuant to the Court's Order, Plaintiff was provided the opportunity to conduct discovery necessary to support its jurisdictional allegations. Said discovery would include in part, three depositions. In this matter, said depositions are corporate depositions of the defendant agency and two other large corporate entities. Document production has been requested as well. The parties have conferenced and coordinated the deposition of several representatives, locations, availability and document production. The document production involved obtaining records stored off sight and requires a

detailed review of thousands of pages in order to determine relevant material. This process now appears complete.

2. The Parties have conducted several scheduling telephone conferences which have included third party Noridian Healthcare Solutions, the Regional Medicare Contractor responsible for processing many of the claims described in the Complaint. The deposition of Noridian Healthcare Solutions was taken November 14, 2017 in Fargo North Dakota. The deposition of Qualified Independent Contractor for the Defendant is scheduled to take place in Jacksonville, Florida on December 12, 2017. Defendant's corporate representatives (three) are now scheduled to take place on January 5, 2018 in Baltimore, Maryland. Defendant will be producing its representatives in Baltimore, Maryland.

3. The deposition of Defendant's corporate representatives previously scheduled for Dec 18, 2017 has been re-scheduled for January 5, 2018 in Baltimore Maryland. This re-scheduling was necessary due to a healthcare emergency involving Plaintiff's counsel (Mr. Brew). Due to unforeseen circumstances a small additional amount of time is necessary to complete the Discovery in question through January 5th.

4. The Parties respectfully request the Court extend the deadline for discovery through January 5, 2018 with dispositive motions due February 16, 2018, Responses due March 9, 2018 and Replies due March 30, 2018.

STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
 /s/ Roger Wenthe
ROGER W. WENTHE
Assistant United States Attorney
Nevada Bar No. 8920
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: roger.wenthe@usdoj.gov
Attorneys for the United States

 /s/ George K. Brew
GEORGE K. BREW, ESQUIRE
Florida Bar No.: 854379
6817 Southpoint Parkway, Suite 1804
Jacksonville, Florida 32216
Telephone: (904)354-4741
Facsimile: (904) 854-6057
ROURKE LAW FIRM
ROBERT D. ROURKE, ESQUIRE
10161 Park Rim Drive Suite 150
Las Vegas, NV 89145
702-515-7440
Fax 702-515-7441

## CERTIFICATE OF SERVICE

The undersigned certifies that the following were served with a copy of the foregoing document on the date and by the method of service identified below:

CM/ECF

All counsel of record

Dated: December 12, 2017

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 22nd day of January, 2018.

   /s/ George K. Brew
GEORGE K. BREW, ESQUIRE
Florida Bar No.: 854379
6817 Southpoint Parkway, Suite 1804
Jacksonville, Florida 32216
Telephone: (904)354-4741
Facsimile: (904) 854-6057

ROURKE LAW FIRM
ROBERT D. ROURKE, ESQUIRE
10161 Park Rim Drive Suite 150
Las Vegas, NV 89145
702-515-7440
Fax 702-515-7441